UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 00-6154-CR-Jordan
             Plaintiff )
                       ) REPORT COMMENCING CRIMINAL
    -vs-               )           ACTION
                       )
  Scott Miller         )          55360-004
        Defendant
*************************************************

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 06/21/2000 @ 6:35 (am)/pm

(2) Languge Spoken: ENGLISH

(3) Offense(s) Charged: Rico Conspiracy, Illegal gambling business, Conspiracy to Make Extortionate Credit Terms, Conspiracy to collect extortionate extensions of credit.

(4) U.S. Citizen [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 06/03/61

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# 00-6154 CR JORDAN

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern District of Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [X]YES [ ]NO

Amount of Bond: $100,000 Corporate Surety Bond with Nebbia
Who set Bond: US Magistrate - Judge Barry Seltzer

(7) Remarks: _____

(8) Date: 06/21/2000   (9) Arresting Officer: Det. M. Kaluman 5182

(10) Agency: FBI-Miami / 690   (11) Phone: (954) 321-3069

(12) Comments: _____

Rec'd in MIA Dkt 6/26

30/8