COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: SCOTT MILLER (J)    CASE NO: 00-6154-CR-JORDAN
AUSA: PAUL SCHWARTZ       ATTY: Joel Kaplan (temp)
AGENT: FBI                VIOL: 18:1956(h)
PROCEEDING I/A ON SEALED INDICT.   RECOMMENDED BOND 100,000 CSB w/NEBBIA
BOND HEARING HELD - yes/(no) stip   COUNSEL APPOINTED
BOND SET @ 250,000 PSD
SPECIAL CONDITIONS:
1) To be cosigned by: mother + father
2) Rpt to PTS — as directed  x's a wk/month by phone;  x's a wk/month in person
3) Travel extended to: Cont'l U.S.

Ore tenus motion to unseal granted

temp cnsl present

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL: 6-28  11  LSS
                        PTD/BOND HRG:
                        PRELIM/ARRAIGN:     6-28  11  LSS
                        REMOVAL HRG:
                        STATUS CONF:

Date: 6/21/00   Time: 11:00   FTL/LSS TAPE #00- 030   Begin: 2663   End:
                                                      031-
Rec'd in MIA Dkt 6/26         re-call 164

41/3