AO 442 (Rev. 12/85) Warrant for Arrest   AUSA PAUL F. SCHWARTZ    FBI S/A JOE CICINI

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__   481440

UNITED STATES OF AMERICA

V.

SCOTT MILLER

**WARRANT FOR ARREST**

CASE NUMBER: 00-6154

CR-JORDAN

MAGISTRATE JUDGE
BANDSTRA

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ SCOTT MILLER _____

Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)   RICO conspiracy, Illegal gambling business, Conspiracy to make extortionate extensions of credit, Conspiracy to collect extortionate extensions of credit

in violation of Title __18__ United States Code, Section(s) __1962(d), 1955, 892, 894__

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

6/6/00 - Fort Lauderdale, Florida
Date and Location

Bail fixed at $100,000 Corporate Surety Bond with Nebbia   by   BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above defendant at _____
Ft. LAUDERDALE, FL.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/6/00 | James A. Tassone, US Marshal | |
| DATE OF ARREST 6/21/00 | FOR: FBI | Fred Depompa, SDUSM |

88/8