UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO.:00-6154-CR-JORDAN

v.

REYNOLDS MARAGNI,
JOSEPH ROTUNNO,
    a/k/a Joey Flowers,
    a/k/a Flowers,
    a/k/a Joe the Florist,
PERCY MORRIS,
    a/k/a Tiny,
BERT CASKILL,
GARY BRAESEKE,
EMRO CAPRI,
    a/k/a Mike Capri,
MARTIN HALPREN,
DANIEL MEISEL,
    a/k/a Danny,
WILLIAM HAWKINS,
JAMES TRAVERS,
BARBARA DREZEK,
MARTIN ZARCADOOLAS,
    a/k/a Marty,
    a/k/a Marty Z,
MICHAEL EDDY,
    a/k/a Doug Eddy,
    a/k/a Sonny,
KAISER AKEL,
JAMES LAPOLLA,
RICHARD D'ONOFRIO
    a/k/a Richie,
SCOTT MILLER, and
JEANNE BROOKS,

MAGISTRATE JUDGE BANDSTRA

    Defendants.
_____/

**NOTICE OF APPEARANCE**

COMES NOW, Herbert M. Cohen, Esquire, and files this, his Notice of Appearance as



counsel in the above-styled cause as attorney for Defendant, **SCOTT MILLER.**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via U.S. Mail to Paul F. Schwartz, Esq., Assistant U.S. Attorney, Office of the United States Attorney, 500 East Broward Blvd., Fort Lauderdale, Florida, 33394 this 26th day of June, 2000.

Respectfully submitted,

**HERBERT M. COHEN, ESQUIRE**
Florida Bar No. 258806
Attorney for Defendant
200 Southeast 6th Street, # 205
Fort Lauderdale, Florida 33301
(954) 766-8820