UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

FILED by ___ D.C.
JUN 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO: 00-6154-CR-Jordan

STYLE: USA v Miller

DATE: 6/23/00

The Chambers of the Honorable _____
has received the attached document. After review, it has been
determined that this document requires the following action by
the Clerk's Office:

____ Docket this document as a motion for_____
_____.

____ Docket this document as a response to the following
     motion: _____.

____ Docket this document as an answer _____.

____ Docket this document as _____.

____ Docket this as an information matter only and file on the
     left side of the file.

✓ Other: Csignature page to
Scott Miller's Bond.

_____
_____

Signed: _O. Rutter_____

Name: _____

Title: _Mag (KLJ)_____

JUN 2 8 2000
Rec'd in MIA Dkt _____

CASE NO. _00-6154-CR-_
_Jordan_

COUNTY OF _____ )
)
STATE OF _____ )

Being first duly sworn, I hereby state that I have been asked to sign a $ _250,000_ personal surety bond on behalf of _Scott Miller_ and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this _22ND_ day of _JUNE_, _2000_.

_Myrna Miller_
Name

_1040 NE 204th Terrace_
Address

_N. Miami, Florida 33179_

Sworn to and subscribed before me this _22ND_ day of _JUNE_ _2000_.

_____
NOTARY PUBLIC

My Commission Expires:


MARVIN M. LEBOVITZ
COMMISSION # CC796319
EXPIRES NOV 03, 2000
BONDED THROUGH
ATLANTIC BONDING CO., INC.

Return form to:
Clerk, U. S. District Court
299 E. Broward Blvd., Rm 108
Ft. Lauderdale, FL 33301