UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



UNITED STATES OF AMERICA,

    Plaintiff,

vi.

CASE NO.:00-6154-CR-JORDAN

REYNOLDS MARAGNI,
JOSEPH ROTUNNO,
    a/k/a Joey Flowers,
    a/k/a Flowers,
    a/k/a Joe the Florist,
PERCY MORRIS,
    a/k/a Tiny,
BERT CASKILL,
GARY BRAESEKE,
EMRO CAPRI,
    a/k/a Mike Capri,
MARTIN HALPREN,
DANIEL MEISEL,
    a/k/a Danny,
WILLIAM HAWKINS,
JAMES TRAVERS,
BARBARA DREZEK,
MARTIN ZARCADOOLAS,
    a/k/a Marty,
    a/k/a Marty Z,
MICHAEL EDDY,
    a/k/a Doug Eddy,
    a/k/a Sonny,
KAISER AKEL,
JAMES LAPOLLA,
RICHARD D'ONOFRIO
    a/k/a Richie,
SCOTT MILLER, and
JEANNE BROOKS,

MAGISTRATE JUDGE BANDSTRA

    Defendants.
_____/

## WRITTEN PLEA

COMES NOW the Defendant, SCOTT MILLER, by and through undersigned counsel



and informs the Court that:

i. The Defendant stands mute to the charges and asks the Court to enter a plea of Not Guilty.

ii. The Defendant hereby requests a trial by Jury, hereby waives formal arraignment, and requests fifteen (15) days for the filing of appropriate defensive motions.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via U.S. Mail to Paul F. Schwartz, Esq., Assistant U.S. Attorney, Office of the United States Attorney, 500 East Broward Blvd., Fort Lauderdale, Florida, 33394 this 26th day of June, 2000.

Respectfully submitted,

**HERBERT M. COHEN, ESQUIRE**
Florida Bar No. 258806
Attorney for Defendant
200 Southeast 6th Street, # 205
Fort Lauderdale, Florida 33301
(954) 766-8820