**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DEFT: SCOTT MILLER (B) | CASE NO: 00-6154-CR-~~JORDAN~~ WPD |
| AUSA: PAUL SCHWARTZ | ATTY: HERBERT COHEN, ESQ.. _perm_ |
| AGENT: | VIOL: |

PROCEEDING:   INQUIRY RE
                          COUNSEL/ARRAIGNMENT                    RECOMMENDED BOND:

BOND HEARING HELD - yes / no            COUNSEL APPOINTED:

BOND SET @:                                    To be cosigned by:

☐   Do not violate any law.

☐   Appear in court as directed.

☐   Surrender and / or do not obtain passports / travel
     documents.

☐   Rpt to PTS as directed / or _____ x's a week/month
     by phone; _____ x's a week/month in person.

☐   Random urine testing by Pretrial Services. _____
     Treatment as deemed necessary.

☐   Maintain or seek full - time employment.

☐   No contact with victims / witnesses.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

☐   No firearms.

☐   Curfew: _____.

☐   Travel extended to: _____.

☐   Halfway House _____.

FILED by ___ D.C.
JUN 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | N/A | | | |

DATE:   6/28/00        TIME:   11:00 A.M.      FTL/LSS TAPE # 00 -  036      Begin:  817      End:  1117