FILED by _____ D.C.

AUG 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6154-CR-WPD   DATE: August 4, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Reynolds Maragni, et al

U.S. ATTORNEY: Paul Schwartz   DEFT. COUNSEL: See attached

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Defts' joint motion to continue are granted. Court finds that the time from today until trial is deemed excludable under Speedy Trial Act.

Pretrial motion deadline is 9/11/00

JUDGMENT: _____

CASE CONTINUED TO: 10/20/00   TIME: 9:00   FOR: Cal. Call
MISC: 10/23/00   9:00   2 week trial period

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Honorable William P. Dimitrouleas          Courtroom 203E

  

Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **4** 9:00 AM Aug 2000 | | Calendar Call/Status Conference | 00-6154-CR-WPD |

UNITED STATES OF AMERICA
Paul Schwartz, AUSA

VS.

REYNOLDS MARAGNI (B)
Allen Kaufman, Esq.
563-6624

JOSEPH ROTUNNO (J) #55368-004
H. Dohn williams, Esq.
523-5432

PERCY MORRIS (J) # 55353-004
William Norris, Esq.
305-860-0988

BERT CASKILL (B)
Dennis Bodard, Esq. *Kelly Rork for*
305-530-0795

GARY BRAESEKE (B)
James Stark, Esq.
522-3307

EMRO CAPRI (B)
Martin Bidwill, AFPD + *Robert Berube*
356-7436

DANIEL MEISEL (B) — *Reset to 8/8 @ 8:15*
Herbert Cohen, Esq.
766-8820

WILLIAM HAWKINS
Simon Steckle, Esq.
305-373-1900

JAMES TRAVERS (B)
Philip Horowitz, Esq.
305-232-1949

MARTIN ZARCADOOLAS (B)
Raymond Miller, Esq. ← *David Vinikor*
462-3668

MICHAEL EDDY (B)
John Cotrone, Esq.
779-7773

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**Honorable William P. Dimitrouleas**   Courtroom 203E



## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **4** Aug 2000 9:00 AM | | Calendar Call/Status Conference | 00-6154-CR-WPD<br><br>UNITED STATES OF AMERICA<br>Paul Schwartz, AUSA<br><br>VS.<br><br>KAISER AKEL (B) — *Reset 8/8 @ 8:45*<br>Michael Dutko, Esq.<br>452-1007<br><br>RICHARD D'ONOFRIO (B)<br>Thomas Sclarani, Esq. *Michael Hursey /72*<br>761-7201<br><br>SCOTT MILLER (B) — *Reset 8/8 @ 8:45*<br>Herbert Cohen, Esq.<br>766-8820<br><br>JEANNE BROOKS (B)<br>Michael Hursey, Esq. |
| 9:05 AM | | Calendar Call/Status Conference | 95-232-CR-WPD<br><br>UNITED STATES OF AMERICA<br>Lois Foster-Steers, AUSA<br><br>VS.<br><br>DAVID JOBSON (J) # 46631-004<br>Philip Horowitz, Esq. |
| 11:00 AM | | Sentencing | 99-575-CR-WPD<br><br>UNITED STATES OF AMERICA<br>Dana Washington, AUSA<br><br>VS.<br><br>ANGEL BLANCO (B)<br>Joaquin Perez, Esq.<br>305-261-4000<br><br>SPANISH INTERPRETER REQUIRED |