**CRIMINAL MINUTES**

FILED by _____ D.C.
AUG 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.O. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6154-CR-WPD    DATE: August 8, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.  Halpern, Meisel, Akel, Miller

U.S. ATTORNEY: Paul Schwartz    DEFT. COUNSEL: Klein, Cohen, Dutko

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Defts' joint motion to Continue is granted. Court resets trial period. Court goes over right to separate representation of counsel with Defts Miller and Meisel

Pre-trial motion cut off date is 9/11/00

JUDGMENT: _____

CASE CONTINUED TO: 10/20/00    TIME: 9:00    FOR: Cal Call

MISC: 10/23/00    9:00    2 week trial period.