UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

Plaintiff,

v.

**SCOTT MILLER**

Defendant.
_____/



FILED by _____ D.C.

OCT 1 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### ORDER FOR DISMISSAL OF INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal
Procedure, and by leave of court endorsed hereon, the United States
Attorney for the Southern District of Florida hereby dismisses the
indictment against defendant **SCOTT MILLER**.

GUY A. LEWIS
UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing
dismissal.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Date:

cc:
U. S. Marshal Service
Pretrial Services
AUSA Paul F. Schwartz
Herb Cohen, Esquire
Probation

